United States District Court
*for the*

_____

# NOTICE OF APPEAL

_____,  
*Plaintiff;*

vs.

_____,  
*Defendant.*

\* 
\* 
\*  District Court Docket Number
\* 
\* 
\* 
\*  District Court Judge

Notice is hereby give that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the _____ entered in this action on _____.

_____  
Signature of Appellant's Counsel

_____  
Typed Name of Appellant's Counsel

_____  
Street Address                Room

_____  
Telephone Number (include Area Code)

_____  
City        State        Zip Code

_____  
Date

Defendant's Address:  _____
(Complete Address
if incarcerated; or  _____
City & State only)

Offenses:  _____

_____

Date of Verdict: _____    Jury           Non-Jury

Trial Testimony - Number of Days _____    Bail Status _____

Sentence:  _____

_____  Date Imposed: _____

Appealing:      Sentence            Conviction            Both

Trial Counsel was:   Appointed           Retained

Does Defendant's financial status warrant appointment of counsel on appeal?    Yes        No

Affidavit of Financial Status (CJA23) filed on: _____    \*\*filed Nunc Pro Tunc 05/29/24

Is there a reason why trial counsel should not be appointed as counsel on appeal?    Yes        No

Assistant U.S. Attorney  _____
(Name and Phone)

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using the CM/ECF System on _____ which will send notification of such filing to the following:


and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:


/s/ _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on _____, I presented the foregoing Notice of Appeal to the Clerk of Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:


and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:


/s/ _____